**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| THOMAS ALSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC et al.,<br><br>    Defendants. | Civil Action No. 8:12-cv-03589-AW |

## ORDER

In accordance with the accompanying Memorandum Opinion, IT IS this **21st day of August, 2013**, by the U.S. District Court for the District of Maryland, hereby **ORDERED**:

1.   That the Court **GRANTS** Defendant's Motion to Dismiss (Doc. No. 31);

2.   That the Clerk **CLOSE** the case;

3.   That the Clerk transmit a copy of this Order to all counsel of record and mail a copy to pro se Plaintiff.

| August 21, 2013 | /s/ |
|---|---|
| Date | Alexander Williams, Jr.<br>United States District Judge |